UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ10-269 |
| Plaintiff, ) | ND/FL 4:10CR46 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| FRANCO NICHOLAS PADGETT, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offense charged:    Burglary of Controlled Substance, Controlled Substance - Sell, Distribute or Dispense

Date of Detention Hearing:    June 25, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is charged in the Northern District of Florida. He is currently residing

DETENTION ORDER
PAGE 1

in this District on a temporary basis.  He is employed as a paid signature gatherer, and has worked on campaigns in several states.

(2) Defendant's past criminal history includes failures to appear and probation violations, and several false identification charges.  There are two active, outstanding warrants for trespassing from the State of Missouri.

(3) Defendant poses a risk of nonappearance due to lack of recent ties to this district, a history of failure to appear and a failure to comply, pending matters in other court jurisdictions, active warrants, and recent substance abuse.  Much of the information provided by the verification source was contradictory.  Defendant also poses a risk of danger based on criminal history and history of failing to comply.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.  The charging District may wish to revisit the issue of detention at defendant's first appearance in that District.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 25th day of June, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE 3